UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

```
UNITED STATES OF AMERICA       )
ex rel. Richard Lichtenberg MD,)
                               )
          Plaintiff            )
                               )
     v.                        )   Case No. 2:04 CV 501
                               )
METHODIST HOSPITAL, INC.,      )
et al.,                        )
                               )
          Defendants           )
```

OPINION AND ORDER

On December 6, 2004, Richard Lichtenberg filed a sealed complaint in the name of the United States pursuant to 31 U.S.C. §3729 and 3730. As required by law, the United States reviewed the merits of the claim and declined to intervene. To date, Lichtenberg has not served the named defendants with a summons.

This matter was scheduled for a preliminary pretrial conference on May 26, 2006. The attorneys for Lichtenberg failed to appear. On that date, an order to show cause was issued pursuant to Federal Rules of Civil Procedure 4(m), 16(f), and 41(b). On June 5, 2006, Attorney Robert J. Shelist filed a response indicating that he had not received notice of the pretrial conference. However, he did not address the issue of the lack of service of summons.

Rule 4(m) provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a

> specified time; provided that if the plain-
> tiff shows good cause for the failure, the
> court shall extend the time for service for
> an appropriate period. . . .

Because the plaintiff has failed to show good cause for failing to serve the defendants, this matter is **ORDERED DISMISSED WITHOUT PREJUDICE.**

ENTERED this 8th day of June, 2006

                                              s/ ANDREW P. RODOVICH
                                                United States Magistrate Judge